IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.  CASE NO. 4:11cr00211-08 JMM

ALVIN LONG

## ORDER

Due to the defendant's lack of substance abuse history, the special condition requiring the defendant to participate in a substance abuse treatment program during supervised release will not be required.

The judgment to follow will not include this condition.

The Clerk is requested to provide a copy of this order to the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED THIS 28th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE