IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                4:11CR00211-12

SAM WHITE

## ORDER

Defendant Sam White was sentenced for the offense of conspiracy to possess with intent to distribute a controlled substance on December 18, 2012. Defendant now seeks copies of the transcripts of his change of plea hearing and sentencing hearing. (Docket # 334). Defendant states that he needs the transcripts to prepare a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255.

The motion is denied as premature. The Court declines to provide free copies of transcripts prior to the filing of a complaint under § 2255. See *Chapman v. United States*, 55 F.3d 390 (8th Cir. 1995), *citing, United States v. Losing*, 601 F.2d 351, 353 (8th Cir.1979) (holding motion for preexisting records and transcripts is premature prior to filing of habeas corpus complaint).

IT IS SO ORDERED this 19th day of July, 2013.

James M. Moody
United States District Judge