IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                    CASE NO. 4:11CR00211-3 JMM

MELVIN BROWN

## ORDER

Pending is the Government's motion to dismiss the indictment as to Defendant Melvin Brown. (Docket #371). The motion is GRANTED. Count One, as to Melvin Brown only, Count Eight, and Count Nine of the Indictment are hereby dismissed without prejudice.

IT IS SO ORDERED this 28th day of January, 2014.

_____
James M. Moody
United States District Judge