IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.  CASE NO. 4:11CR00211-9 JMM

MELINDA PARKER, a/k/a LINDA

## ORDER

Pending is the Government's motion to dismiss the indictment as to Defendant Melinda Parker. (Docket #372). The motion is GRANTED. Count One, as to Melinda Parker only, Count Twenty, and Count Twenty-One of the Indictment are hereby dismissed without prejudice.

IT IS SO ORDERED this 28th day of January, 2014.

_____
James M. Moody
United States District Judge